UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHAE DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIFFANY HARRISON,<br><br>　　　　Defendant. | No. 2:24-cv-0493-DJC-SCR<br><br><br>ORDER |

　　　　Plaintiff filed the above-entitled action, after which Defendant, proceeding pro se, filed an Answer. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On March 4, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 11. Neither party has filed objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed March 4, 2025 (ECF No. 11), are

1

1  adopted in full;

2      2.  Plaintiff's Motion for Judgment on the Pleadings (ECF No. 7) is DENIED;

3      3.  This matter is referred back to the assigned Magistrate Judge for all further

4  pretrial proceedings.

    IT IS SO ORDERED.

Dated: **March 26, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Jame1174.801

2