UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHAE DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>TIFFANY HARRISON,<br><br>    Defendant. | No. 2:24-cv-0493-DJC-SCR<br><br>ORDER |

Plaintiff commenced this action on February 16, 2024. ECF No. 1. Defendant is proceeding pro se and accordingly this matter is referred to the undersigned for pretrial proceedings pursuant to Local Rule 302(c)(21). ECF No. 12. On September 22, 2025, Defendant moved to dismiss the Complaint for failure to state a claim, or alternatively to strike it under California's Anti-SLAPP statute, Cal. Code Civ. Proc. § 425.16 ("Section 425.16"). ECF No. 25.

This Court has previously held that because this motion is akin to a motion for summary judgment, Plaintiff is entitled to discovery as needed to oppose Defendant's motion, if such discovery has not already been propounded. ECF No. 30 at 3. Pursuant to the Court's order, a hearing was held via zoom on December 23, 2025, at 11:00 a.m. to determine whether discovery is necessary before adjudicating the motion. Although Defendant did not appear at this hearing, counsel for Plaintiff represented that all discovery needed to respond to the motion has already been propounded.

1

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The deadline for Plaintiff to respond to Defendant's Anti-SLAPP motion (ECF No. 25) is SET for March 2, 2026:

2. Defendant shall file any reply brief in support of her motion within 14 days of Plaintiff filing her opposition brief.

3. Absent further order of the Court, Defendant's motion will then be taken under submission without further hearing.

DATE: January 17, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2